UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL ELECTION COMMISSION,<br>999 E Street NW, Washington DC 20463<br><br>Plaintiff,<br><br>v.<br><br>CLUB FOR GROWTH, INC., 2001 L Street<br>NW, Washington, DC 20036<br><br>Defendant. | Case No. 1:05cv01851<br>Judge Urbina<br><br>CONSENT MOTION TO EXTEND TIME<br><br>Next scheduled deadline: November 18, 2005 answer to complaint |

**CONSENT MOTION TO EXTEND TIME**

With the consent of Plaintiff Federal Election Commission ("FEC"), Defendant Club for Growth, Inc. ("Club") moves to establish the following schedule for the Club's Motion to Dismiss the Complaint:

- November 23, 2005, the Club shall file and serve its Motion to Dismiss.

- December 23, 2005, the FEC shall file and serve its Opposition to the Club's Motion to Dismiss.

- January 20, 2006, the Club shall file and serve its Reply to the FEC's Opposition to the Club's Motion to Dismiss.

No previous extensions have been sought.

The Club seeks a three business-day extension of its initial response date because it has identified several grounds for dismissal that require time to develop.  Given the nature of the Club's motion and the impending holiday, the Club believes the FEC's request for at least 30 days to respond is reasonable.  The Club recognizes that because the FEC has not yet seen the Club's Motion to Dismiss, the FEC may require additional time to prepare its Opposition.  The Club will be responsive to such a request.

                Respectfully submitted,

                /s/
                _____
                Carol A. Laham (D.C. Bar # 415171)
                Thomas W. Kirby (D.C. Bar # 915231)
                Caleb P. Burns (D.C. Bar # 474923)
                WILEY REIN & FIELDING LLP
                1776 K Street, NW
                Washington, DC 20006
                (202) 719-7000
                (202) 719-7049 (FAX)

                FOR THE DEFENDANT
                CLUB FOR GROWTH, INC.

Date: November 15, 2005