UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05cv01851 |
| | ) | Judge Urbina |
| v. | ) | |
| | ) | ORDER |
| CLUB FOR GROWTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The Consent Motion to Extend Time is **GRANTED**.  **IT IS THEREFORE ORDERED** that:

Defendant Club for Growth, Inc., ("Club") shall file and serve its Motion to Dismiss on November 23, 2005.

Plaintiff Federal Election Commission ("FEC") shall file and serve its Opposition to the Club's Motion to Dismiss on December 23, 2005.

The Club shall file and serve its Reply to the FEC's Opposition to the Club's Motion to Dismiss January 20, 2006.

SIGNED this ___ day of November, 2005.

 _____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

1