UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05cv01851 |
| | ) | Judge Urbina |
| v. | ) | |
| | ) | CERTIFICATE REQUIRED BY |
| CLUB FOR GROWTH, INC., | ) | LCvR 7.1 OF THE LOCAL RULES |
| | ) | OF THE UNITED STATES |
| Defendant. | ) | DISTRICT COURT FOR THE |
| | ) | DISTRICT OF COLUMBIA |
| | ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Club for Growth, Inc., certify that to the best of my knowledge and belief, Club for Growth, Inc. does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/
_____
Carol A. Laham (D.C. Bar # 415171)
Thomas W. Kirby (D.C. Bar # 915231)
Caleb P. Burns (D.C. Bar # 474923)
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
(202) 719-7049 (FAX)

FOR THE DEFENDANT
CLUB FOR GROWTH, INC.

Date: November 15, 2005