## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Election Commission, Plaintiff, | ) |
| | ) Case No. 1:05cv01851 (RMU) |
| v. | ) |
| | ) |
| The Club for Growth, Inc., Defendant. | ) |

## ORDER

On November 23, 2005, Defendant Club for Growth, Inc. ("Club") moved to dismiss the complaint for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

**IT IS HEREBY ORDERED** that Defendant Club's Motion to Dismiss is GRANTED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE