# EXHIBIT 2

**Federal Election Commission v. The Club for Growth**

**Case No. 1:05cv01851 (RMU)**



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

JUN 0 3 2003

Stephen Moore, President
Club for Growth, Inc.
1776 K Street, NW  Suite 300
Washington, DC  20006

RE:   MUR 5365

Dear Mr. Moore:

The Federal Election Commission received a complaint which indicates that the Club for Growth, Inc. may have violated sections of the Federal Election Campaign Act of 1971, as amended ("the Act"). A copy of the complaint is enclosed. We have numbered this matter MUR 5365. Please refer to this number in all future correspondence.

The complaint was not sent to you earlier due to an administrative oversight. Under the Act, you have the opportunity to demonstrate in writing that no action should be taken against you in this matter. Please submit any factual or legal materials which you believe are relevant to the Commission's analysis of this matter. Where appropriate, statements should be submitted under oath. Your response, which should be addressed to the Office of the General Counsel, must be submitted within 15 days of receipt of this letter. If no response is received within 15 days, the Commission may take further action based on the available information.

This matter will remain confidential in accordance with 2 U.S.C. § 437g(a)(4)(B) and § 437g(a)(12)(A) unless you notify the Commission in writing that you wish the matter to be made public. If you intend to be represented by counsel in this matter, please advise the Commission by completing the enclosed form stating the name, address and telephone number of such counsel, and authorizing such counsel to receive any notifications and other communications from the Commission.

If you have any questions, please contact Kim C. Stevenson, at (202) 694-1650. For your information, we have enclosed a brief description of the Commission's procedures for handling complaints.

Sincerely,

Jeff S. Jordan
Supervisory Attorney
Central Enforcement Docket

Enclosures:
 Complaint
 Procedures
 Designation of Counsel Statement