# EXHIBIT 3

**Federal Election Commission v. The Club for Growth**

**Case No. 1:05cv01851 (RMU)**

 

**Wiley Rein & Fielding** LLP

STAMP & RETURN

2003 JUN -6 P 4: 40

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wrf.com

June 6, 2003

Carol A. Laham
202.719.7301
claham@wrf.com

**BY HAND DELIVERY**

Lawrence H. Norton, Esq.
General Counsel
Federal Election Commission
999 E Street, N.W.
Washington, D.C. 20463

Re:   MUR 5365 (Club for Growth)

Dear Mr. Norton:

This office represents the Club for Growth ("Club"), which today received a complaint ("Complaint") designated Matter Under Review ("MUR") 5365 by the Federal Election Commission ("FEC" or "Commission")[1]. An executed Designation of Counsel form is attached. Pursuant to 2 U.S.C. § 437g(a)(1) and 11 C.F.R. § 111.6, we hereby file this response.

The Complaint in this matter is based on a "backup" provision of the Bipartisan Campaign Reform Act ("BCRA") that is not in effect because the judgment striking down the primary definition has been stayed. Moreover, the complaint was filed with regard to a modified version of the "backup" definition that two of the three members of the district court panel have ruled to be unenforceable. Thus, the Commission should dismiss this Complaint finding outright that there is no reason to believe that the Club violated the Federal Election Campaign Act, as amended ("FECA" or "Act") that presently is in effect or, alternatively, by exercising its prosecutorial discretion not to pursue a charge based on a provision that a majority of the Court has ruled unenforceable.

---

[1]   While the complaint, dated May 13, was initially forwarded to the Club for Growth, Inc. PAC, the complaint was filed against the Club for Growth. Thus, this response if filed on behalf of the Club for Growth. The Commission staff was notified of this problem on May 29, and a new complaint was sent to the Club for Growth on June 3, 2003. Despite this attempt to correct its "administrative oversight", the Commission has failed to comply with 2 U.S.C. § 437g(a), and the Club does not waive this failure to comply with the statute and its regulations (see 11 C.F.R. § 111.5). The Club for Growth, Inc. PAC will not respond to this complaint because it has not been named as a respondent.

Wiley Rein & Fielding LLP

Lawrence H. Norton, Esq.
June 6, 2003
Page 2

# REMAINDER REDACTED