# EXHIBIT 7

**Federal Election Commission v. The Club for Growth**

**Case No. 1:05cv01851 (RMU)**



**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

**VIA U.S. MAIL AND FACSIMILE**

Carol A. Laham, Esq.
Wiley Rein & Fielding, LLP
1776 K Street, N.W.
Washington, D.C. 20006

Re:    MUR 5365
Club for Growth, Inc.
Club for Growth, Inc. PAC and Pat Toomey, in his
official capacity as Treasurer

Dear Ms. Laham:

We are in receipt of the Motion to Dismiss Matter Under Review 5365 ("the Motion")
filed by Club for Growth, Inc., Club for Growth, Inc. PAC and Pat Toomey on April 8, 2005.
Please be advised that the Federal Election Campaign Act of 1971, as amended, and its
implementing regulations contain no provision for the Commission to consider such a motion.
Therefore, this Office will accept the Motion as part of your client's response to the
Commission's reason to believe findings and will proceed accordingly.

If you have any questions, please call me at (202) 694-1582.

Sincerely,

Julie Kara McConnell
