# EXHIBIT 9

**Federal Election Commission v. The Club for Growth**

**Case No. 1:05cv01851 (RMU)**

FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

**VIA HAND DELIVERY**

Carol A. Laham, Esq.
Wiley Rein & Fielding, LLP
1776 K Street, N.W.
Washington, D.C. 20006

           RE: MUR 5365
              Club for Growth, Inc.

Dear Ms. Laham:

  On July 19, 2005, the Federal Election Commission ("Commission") found that there is probable cause to believe that your client, Club for Growth, Inc., violated 2 U.S.C. §§ 433, 434, 441a(f) and 441b(a), provisions of the Federal Election Campaign Act of 1971, as amended, by failing to register with the Commission as a political committee and report its contributions and expenditures and by knowingly accepting excessive and corporate contributions. The Commission also found, in the alternative, that there is probable cause to believe that Club for Growth, Inc. violated 2 U.S.C. § 441b and 11 C.F.R. § 114.2(a) by making prohibited corporate expenditures.

  The Commission has a duty to attempt to correct such violations for a period of at least 30 days and no more than 90 days by informal methods of conference, conciliation, and persuasion, and by entering into a conciliation agreement with a respondent. If we are unable to reach an agreement with your client, the Commission has authorized this Office to file suit in United States District Court.

  Enclosed is a conciliation agreement that the Commission has approved in settlement of this matter. If you agree with the provisions of the enclosed agreement, please sign and return it, along with the civil penalty, to the Commission within ten days. I will then recommend that the Commission accept the agreement. Please make the check for the civil penalty payable to the Federal Election Commission.

  If you have any questions or suggestions for changes in the enclosed conciliation agreement, or if you wish to arrange a meeting in connection with a mutually satisfactory conciliation agreement, please contact Julie McConnell, the attorney assigned to this matter, at (202) 694-1650.

Carol Laham, Esq.
MUR 5365
Page 2

                                      Sincerely,

                                      Lawrence H. Norton
                                      General Counsel

Enclosure
  Conciliation Agreement