**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Federal Election Commission, Plaintiff, | ) |
| | ) Case No. 1:05cv01851 (RMU) |
| v. | ) |
| | ) Next scheduled deadline: December 23, 2005, |
| The Club for Growth, Inc., Defendant. | ) opposition to motion to dismiss |

**ORDER**

Upon consideration of the consent motion by the Club for Growth, Inc. ("Club") and the Federal Election Commission ("Commission" or "FEC") for an order in this litigation consistent with the nondisclosure requirements of 2 U.S.C. § 437g(a)(12)(A) and 11 C.F.R. § 111.21, and upon finding that the Club has presented a compelling justification to support this motion,

IT IS HEREBY ORDERED that:

1. The accompanying Exhibits are filed under seal.

2. The Clerk of Court will place any future filings constituting or disclosing the contents of the proposed conciliation agreements under seal.

SIGNED this ___ day of November, 2005.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE