UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Election Commission, Plaintiff, | ) |
| | ) Case No. 1:05cv01851 (RMU) |
| v. | ) |
| | ) Next scheduled deadline: December 23, 2005, |
| The Club for Growth, Inc., Defendant. | ) opposition to motion to dismiss |

**NOTICE OF THE CLUB FOR GROWTH, INC. TO FILE EXHIBITS TO THE MOTION TO DISMISS UNDER SEAL AND TO SEAL ANY FUTURE FILINGS CONSTITUTING OR DISCLOSING THE CONTENTS OF PROPOSED CONCILIATION AGREEMENTS, WITH SUPPORTING POINTS AND AUTHORITIES**

Please take notice that, pursuant to local rule LCvR 5.1(j)(1), defendant Club for Growth, Inc. ("Club") has moved for permission to file Exhibits 10-20 to the Motion to Dismiss under seal and to seal any future filings constituting or disclosing the contents of the proposed conciliation agreements. Plaintiff Federal Election Commission ("Commission" or "FEC") consents to this motion. These Exhibits have been lodged with the Clerk of the Court.