# FEC Exhibit A

**Federal Election Commission v. Club For Growth, Inc.**
**Case No. 1:05cv01851 (RMU)**

BEFORE THE FEDERAL ELECTION COMMISSION

In the Matter of )
 )
FEC v. Club for Growth, Inc. ) 1:05cv01851 (D.D.C. Sept. 19, 2005)

### CERTIFICATION

I, Mary W. Dove, Secretary of the Federal Election Commission, do hereby certify that on December 05, 2005, the Commission decided by a vote of 5-0 to take the following in the above captioned matter:

1. Ratify the filing of suit in *FEC v. Club for Growth, Inc.*, 1:05cv01851 (D.D.C. Sept. 19, 2005).

2. Authorize the General Counsel to continue to pursue litigation in *FEC v. Club for Growth, Inc.*, 1:05cv01851 (D.D.C. Sept. 19, 2005), as recommended in the General Counsel's Memorandum dated November 30, 2005.

Commissioners Mason, McDonald, Thomas, Toner, and Weintraub voted affirmatively for the decision.

Attest:

December 5, 2005
Date

Mary W. Dove
Secretary of the Commission