# FEC Exhibit B

**Federal Election Commission v. Club For Growth, Inc.**
**Case No. 1:05cv01851 (RMU)**

BEFORE THE FEDERAL ELECTION COMMISSION

In the Matter of                    )
                                    )   MUR 5365
Club for Growth, Inc.; and          )
Club for Growth, Inc. PAC           )

## CERTIFICATION

I, Darlene Harris, recording secretary for the Federal Election Commission executive session on October 19, 2004, do hereby certify that the Commission decided by a vote of 4-2 to take the following actions in MUR 5365:

1. Find no reason to believe that Club for Growth, Inc. violated 2 U.S.C. § 441b(a) by airing electioneering communications.

2. Find reason to believe that Club for Growth, Inc. violated 2 U.S.C. §§ 433 and 434 by failing to register as a political committee with the Commission and report its contributions and expenditures.

3. Find reason to believe that Club for Growth, Inc. and Club for Growth, Inc. PAC violated 2 U.S.C. § 441a(f) by knowingly accepting contributions in excess of $5000 and 2 U.S.C. § 441b(a) by knowingly accepting corporate contributions.

4. Find reason to believe that Club for Growth, Inc. violated 2 U.S.C. §§ 441a(f), 441b(a), and 11 CFR §§ 102.5, 104.10, 106.1, and 106.6 by failing to attribute and report expenses between multiple federal candidates, by failing to allocate and report shared administrative and fundraising activities, and by using prohibited funds to pay for the federal share of those expenses, which may have resulted in prohibited and excessive contributions.

Federal Election Commission                                              Page 2
Certification for MUR 5365
October 19, 2004

5. Find reason to believe that Club for Growth, Inc. PAC violated 2 U.S.C. §§ 441a(f), 441b, and 11 CFR §§ 102.5, 104.10, 106.1, and 106.6 by failing to attribute and report expenses between multiple federal candidates, and by failing to allocate and report shared administrative and fundraising activities, which may have resulted in prohibited and excessive contributions.

6. Find reason to believe that Club for Growth, Inc. violated 2 U.S.C. § 441b and 11 CFR § 114.2(a) by making prohibited corporate expenditures.

7. Approve the Factual and Legal Analysis, as recommended in the General Counsel's Memorandum dated May 13, 2004.

8. Authorize the use of compulsory process to investigate this matter, including subpoenas directed to Club for Growth, Inc.; Club for Growth, Inc. PAC; and Club for Growth Advocacy; and appropriate additional interrogatories, document subpoenas, and deposition subpoenas, as necessary.

9. Approve the appropriate letter.

Commissioners McDonald, Thomas, Toner, and Weintraub voted affirmatively for the decision. Commissioners Mason and Smith dissented.

Attest:

October 19, 2004                        *Darlene Harris*
Date                                    Darlene Harris
                                        Deputy Secretary of the Commission