# FEC Exhibit C

## <u>Federal Election Commission v. Club For Growth, Inc.</u>
## Case No. 1:05cv01851 (RMU)



Wiley Rein & Fielding LLP

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wrf.com

December 1, 2004

Carol A. Laham
202.719.7301
claham@wrf.com

**BY FAX 202.219.3923/FIRST CLASS MAIL**

Ms. Julie Kara McConnell
Federal Election Commission
999 E Street, NW
Washington, DC 20463

RECEIVED
FEDERAL ELECTION
COMMISSION
OFFICE OF GENERAL
COUNSEL
2004 DEC -1 P 4: 46

Re:    MUR 5365 (Club for Growth)

Dear Ms. McConnell:

I have received your letter dated November 29, 2004, in which you acknowledge that we have presented adequate cause for a 20 day extension to respond to the Commission's Factual and Legal Analysis and Subpoena and Order, but attempt to condition this modest and reasonable request on my clients' agreement to extend the statute of limitations by 20 days. Your proposed waiver of my clients' statutory rights is unacceptable.

Given the expansive breadth of the Subpoena and Order, the extraordinary length of time the Commission itself has already taken in processing this matter, the limited nature of the requested extension, and the reasonable grounds upon which the modest extension was requested, I do not believe that a tolling agreement is justified.

My client will submit responses by December 21, 2004, as previously indicated.

Your understanding in this regard will be appreciated.

Sincerely,

Carol A. Laham