# FEC Exhibit D

**Federal Election Commission v. Club For Growth, Inc.**
**Case No. 1:05cv01851 (RMU)**



Wiley Rein & Fielding LLP



1776 K STREET NW
WASHINGTON, DC 20006
PHONE  202.719.7000
FAX      202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE  703.905.2800
FAX      703.905.2820

www.wrf.com

March 1, 2005

Carol A. Laham
202.719.7301
claham@wrf.com

**BY HAND DELIVERY**

Ms. Julie McConnell
Federal Election Commission
999 E Street, NW
Washington, DC 20463

Re:   MUR 5365 (Club for Growth)        **BULK FILE**

Dear Ms. McConnell:

Our clients' December 21, 2004, Initial Responses Of The Club For Growth, Inc. And The Club For Growth, Inc. PAC To The Subpoena To Produce Documents And Order To Submit Written Answers explained that our clients would produce additional documents. In my January 28, 2005, letter to you I said that our clients would produce a substantial majority of those additional documents on February 28, 2005. As I explained in a voicemail message to you yesterday, the inclement weather required us to postpone production of the documents until today.

The documents are enclosed and fall within the following Bates range: CLUB 0358 through CLUB 1313. Our clients are still in the process of attempting to identify a small number of additional documents. These will be produced once they have been identified. The FEC's Factual And Legal Analysis made repeated references to the Club for Growth website, accordingly, our clients did not reproduce materials from the website.

Sincerely,

*Carol A. Laham*

Carol A. Laham

Enclosures