# FEC Exhibit E

**Federal Election Commission v. Club For Growth, Inc.**
Case No. 1:05cv01851 (RMU)



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463



March 11, 2005

**VIA FACSIMILE**

Carol A. Laham, Esq.
Wiley Rein & Fielding, LLP
1776 K Street, N.W.
Washington, D.C. 20006

          RE: MUR 5365
             Club for Growth, Inc. and Club for
             Growth, Inc. PAC

Dear Ms. Laham:

  Thank you for your submission dated March 8, 2005. I understand from your letter that the documents submitted represent the conclusion of your client's "reasonable efforts" to comply with the Subpoena and Order issued by the Commission on October 27, 2004 ("Subpoena").

  There appears to be a significant number of documents missing from this production, including all advertisements from the 2002 election cycle, GOTV and phone bank scripts from the 2002 and 2004 election cycles, and internal communications relating to high-profile races in which Club for Growth and its PAC played an active role (*e.g.*, reports pertaining to races involving Howard Dean and Arlen Specter). With respect to the invoices from the 2002 and 2004 election cycles, which you state you will not produce until we identify specific communications, your client has declined to produce all of the communications, rendering it impossible for us to select specific communications. It was our agreement that Club for Growth would produce all relevant documents, including invoices, but would defer providing written answers to Questions 2-7 until specific communications were identified. These materials were requested in the Subpoena, and your client has asserted no claim of privilege. Moreover, your letters dated March 1 and March 8 led me to believe that all relevant materials would be produced with this production.

  As a consequence, your client's Subpoena response, which was due on December 1, 2004, is now approximately 100 days overdue. Because you have repeatedly made clear that your client will not agree to tolling under any circumstances – notwithstanding its failure to produce responsive documents in a timely fashion – your client remains in non-compliance. To correct the deficiencies in your client's production, please produce all remaining responsive documents, including, but not limited to, the following:

Carol Laham, Esq.
MUR 5365
Page 2

1. Please provide invoices for the GOTV communications funded by Club for Growth on behalf of Jeff Flake during the 2000 election cycle (CLUB 000320, 326-27, 333-34). This information was not included in your production. If such documents are not available, please state the total cost for each separate GOTV communication and the specific dates on which each communication was publicly distributed.

2. Please state whether Club for Growth, Inc. or its PAC funded GOTV or voter registration efforts, or other telephone bank communications, during the 2002 and 2004 election cycles. If so, please provide all relevant documents, including scripts and invoices.

3. Because your client provided no documents relating to its advertisements or public communications during the 2002 election cycle, we are unable to identify specific communications about which we would like additional information. Consequently, please produce *all* scripts and invoices for *all* advertisements and communications produced, aired or distributed during the 2002 cycle. If such documents are not available, please state the total cost for each and the dates on which each communication or advertisement was aired or publicly distributed.

4. For the 2004 cycle, please produce invoices for all advertisements funded by Club for Growth, Inc. If such documents are not available, please state the total cost for each and the dates on which each advertisement was aired or distributed.

Given the delays in this matter and your client's refusal to agree to tolling, please complete your response no later than Friday, March 18, 2005. If you have any questions, please contact me at (202) 694-1582.

Sincerely,

Julie Kara McConnell
Attorney