# FEC Exhibit F

**Federal Election Commission v. Club For Growth, Inc.**
**Case No. 1:05cv01851 (RMU)**



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

MAR 2 2 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Carol A. Laham, Esq.
Wiley Rein & Fielding, LLP
1776 K Street, N.W.
Washington, D.C. 20006

                RE:    MUR 5365
                          Club for Growth, Inc. and Club for
                          Growth, Inc. PAC

Dear Ms. Laham:

      On October 27, 2004, your clients were notified that the Federal Election Commission had found reason to believe your clients violated 2 U.S.C. §§ 433, 434, 441a(f), and 441b, provisions of the Federal Election Campaign Act of 1971, as amended.

      Pursuant to its investigation of this matter, the Commission has issued the attached subpoena and order requiring your clients to provide information that will assist the Commission in carrying out its statutory duty of supervising compliance with the Federal Election Campaign Act of 1971, as amended, and Chapters 95 and 96 of Title 26, U.S. Code. This subpoena and order primarily requests materials we believe that are within the scope of the initial subpoena issued by the Commission on October 27, 2004, and that your clients initially agreed to provide. *See* Initial Responses of Club for Growth, Inc. and Club for Growth, Inc. PAC, at 8 (Dec. 22, 2004). Based on your letter dated March 16, 2005, however, we understand that your clients are now unwilling to produce the requested materials absent a second subpoena.

      Your clients may consult with an attorney and have an attorney assist them in the preparation of their responses to this subpoena and order. It is required that you submit all answers to questions under oath within 10 days of your receipt of this subpoena and order.

      If you have any questions, please contact me at (202) 694-1582.

Carol Laham, Esq.
MUR 5365
Page 2

Sincerely,

Julie K. McConnell

Enclosure
　Subpoena and Order