# FEC Exhibit I

**Federal Election Commission v. Club For Growth, Inc.**
Case No. 1:05cv01851 (RMU)

BEFORE THE FEDERAL ELECTION COMMISSION

In the Matter of )
)
FEC v. Legi-Tech, Inc. )   (No. 91-213)

CERTIFICATION

I, Marjorie W. Emmons, Secretary of the Federal Election Commission, do hereby certify that on November 18, 1993, the Commission decided by a vote of 6-0 to ratify its prior findings of probable cause to believe a violation has occurred and its authorizations for the General Counsel to pursue civil enforcement litigation in FEC v. Legi-Tech, Inc., No. 91-213, and authorize the General Counsel to continue to pursue this litigation, as recommended in the General Counsel's Memorandum dated November 15, 1993.

Commissioners Aikens, Elliott, McDonald, McGarry, Potter, and Thomas voted affirmatively for the decision.

Attest:

11-19-93
Date

Marjorie W. Emmons
Secretary of the Commission

Received in the Secretariat:   Mon.,   Nov. 15, 1993   12:59 p.m.
Circulated to the Commission:  Mon.,   Nov. 15, 1993    4:00 p.m.
Deadline for vote:             Thurs., Nov. 18, 1993    4:00 p.m.

bjr