# FEC Exhibit J

**Federal Election Commission v. Club For Growth, Inc.**
Case No. 1:05cv01851 (RMU)

ORIGINAL

1

BEFORE THE FEDERAL ELECTION COMMISSION

- - - - - - - - - - - - - - - -x
                               :
In the Matter of:              :
                               :  MUR 5365
CLUB FOR GROWTH, INC.; and     :
CLUB FOR GROWTH, INC., PAC     :
                               :
- - - - - - - - - - - - - - - -x

       Washington, D.C.
       Wednesday, March 23, 2005

  The deposition of DAVID KEATING, called for examination by counsel for the Federal Election Commission in the above-entitled matter, pursuant to notice, in the offices of Federal Election Commission, 999 E Street, N.W., Sixth Floor, Washington, D.C., convened at 10:00 a.m., before David A. Kasdan, RDR-CRR, a notary public in and for the District of Columbia, when were present on behalf of the parties:

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003-2802
(202) 546-6666

2

APPEARANCES:

    On behalf of the Witness:

        THOMAS W. KIRBY, ESQ.
        CALEB P. BURNS, ESQ.
        Wiley Rein & Fielding, L.L.P.
        1776 K Street, N.W.
        Washington, D.C.   20006
        (202) 429-7000
        tkirby@wrf.com

    On behalf of the FEC:

        JULIE KARA MCCONNELL, ESQ.
        LELA R. SCOTT, ESQ.
        ANN MARIE TERZAKEN, ESQ.
        Federal Election Commission
        999 E Street, N.W.
        Washington, D.C.   20463
        (202) 694-1582
        jmmcconnell@fec.gov

75

1  that Club for Growth, Inc., PAC does?
2      A.   As you stated that question, I would say
3  no.
4      Q.   Okay.  You said Club for Growth, Inc.,
5  pays for the PAC filing.  Does it pay the salaries
6  of the people responsible for making the filings
7  for the PAC?
8      A.   Yes.
9      Q.   What else does it pay for in regard to the
10 PAC filings?
11     A.   Well, there is the electricity around the
12 computers and the DSL line to electronically file
13 them, would be two examples.
14     Q.   Does the PAC have any employees that work
15 only for the PAC?
16     A.   No.
17     Q.   What things does the PAC pay for?
18     A.   Well, an example of things the PAC would
19 pay for would be an advertisement run within, for
20 example, 30 days of a primary election.
21     Q.   Did that just start after the 2002 cycle?
22     A.   Yes.  Well, I can't say it's never run an

186

1  527.
2      Q.   Do you consider it just a bank account,
3  really?
4      A.   I don't profess to be an expert on this.
5      Q.   I'm asking how you think about it, how you
6  think about Club for Growth, Inc./PAC in your mind.
7  Do you consider it just a bank account?
8      A.   No, it's more than that because it has to
9  file reports every--whenever we have to file the
10 reports, so it has to do that.
11     Q.   Well, does Club for Growth, Inc., and Club
12 for Growth, Inc. PAC then share staff for whatever
13 tasks need to be completed by the PAC?
14     A.   Yes.
15     Q.   Has this been the case since 1999?
16     A.   I think so.
17     Q.   What about since you have been there?  Has
18 this been the case?
19     A.   I think so.
20     Q.   Earlier, when we discussed the board of
21 directors's review of ads, you stated that you
22 could not recall specific instances when they