UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | Case No. 1:05cv01851 |
| Plaintiff, | ) | Judge Urbina |
| | ) | |
| v. | ) | |
| | ) | |
| CLUB FOR GROWTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion to dismiss the complaint for lack of jurisdiction, the memoranda of the parties, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Defendant's motion to dismiss is **DENIED**.


Dated: _____                    _____
                                            RICARDO M. URBINA
                                            United States District Judge