UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | Case No. 1:05cv01851 (RMU) |
| Plaintiff, | ) | Judge Urbina |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE TO FILE A |
| CLUB FOR GROWTH, INC., | ) | SURREPLY IN OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO DISMISS |
| Defendant. | ) | |

**PLAINTIFF FEDERAL ELECTION COMMISSION'S MOTION FOR LEAVE
TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS FOR LACK OF JURISDICTION**

Plaintiff Federal Election Commission ("FEC" or "Commission") moves the Court for leave to file the attached surreply in opposition to defendant Club for Growth, Inc.'s ("Club") reply in support of its motion to dismiss. It is within the Court's discretion to grant leave to file a surreply brief. See, e.g., Robinson v. Detroit News, Inc., 211 F. Supp. 2d 101, 113 (D.D.C. 2002). As required by Local Civil Rule 7(m), FEC counsel has discussed the filing of this motion with counsel for the Club, and the Club has consented to the motion on the condition that the Club shall be permitted to file a responsive brief of not more than six pages on or before February 3, 2006.

"The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Robinson, 211 F. Supp. 2d at 113 (quoting Lewis v. Rumsfeld, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)). In its reply brief, the Club raised for the first time an argument that a change in the composition of the Commission (occasioned by the recess appointments of three new Commissioners on January 4, 2006, after the Commission's opposition brief was filed)

entitles the Club to dismissal of this action, to require the Commission to vote again on the question of whether to file a civil enforcement lawsuit against the Club. Without permission to file the attached surreply, the FEC will not be able to contest this newly-briefed argument. Because the Club elected to raise a new matter in its reply brief, the FEC's surreply addressing the new argument meets the standard set forth above, and leave to file should therefore be granted. A proposed order is attached.

Respectfully submitted,

/s/
Lawrence H. Norton
General Counsel

/s/
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

/s/
David Kolker
Assistant General Counsel
(D.C. Bar #394558)

/s/
Erin Monaghan
Attorney
(D.C. Bar #438434)

/s/
Kai Richter
Attorney

FOR THE PLAINTIFF FEDERAL
ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650
(202) 219-0260 (FAX)

Date: January 25, 2006