UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL ELECTION COMMISSION,    )
                                )    Case No.  1:05cv01851 (RMU)
                    Plaintiff,   )    Judge Urbina
                                )
            v.                   )
                                )
CLUB FOR GROWTH, INC.,           )    [PROPOSED] ORDER
                                )
                    Defendant.   )

**ORDER**

Having considered plaintiff Federal Election Commission's Motion For Leave to File a Surreply in Opposition to Defendant's Reply in Support of its Motion to Dismiss, the defendant's position on the motion, and good cause therefore appearing, leave is hereby GRANTED for the FEC to file its surreply.  The Clerk shall file the surreply brief that was submitted with this Motion as a separate entry on the docket.  Defendant Club for Growth, Inc. shall have until on or before February 3, 2006 to file a brief of not more than six pages in response to the FEC's surreply.

It is so ORDERED.

Dated: _____            _____
                                     RICARDO M. URBINA
                                     United States District Judge

Copies to:

Richard B. Bader
David Kolker
Erin K. Monaghan
Kai Richter
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C.  20463
Counsel for Plaintiff

-and-

Thomas W. Kirby
Carol A. Laham
Caleb P. Burns
WILEY, REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C.  20006
Counsel for Defendant Club for Growth, Inc.