UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Federal Election Commission, Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05cv01851 (RMU) |
| | ) | |
| The Club for Growth, Inc., Defendant. | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

Pages 2-3 of Defendant Club for Growth, Inc.'s Memorandum in Support of its Motion to Dismiss discuss the filing of *Shays v. FEC*, No. 04-1612 (D.D.C. filed Sept. 14, 2004). An opinion recently issued in that case. The Club submits the attached March 29, 2006, opinion by Judge Emmet G. Sullivan of this Court in *Shays v. FEC*, Nos. 04-1597, 04-1612, 2006 WL 825981 (D.D.C. Mar. 29, 2006) (especially slip op. at *12-13). As further context for the opinion, we also attach excerpts from the FEC's argument on the dispositive motion in *Shays* and the FEC's December 20, 2005, Notice of Filing in *Shays* which illustrate the FEC's reliance on this suit against the Club to respond to charges that it is not regulating 527 organizations.

                                                Respectfully submitted,

                                                /s/
                                            _____
                                            Carol A. Laham (D.C. Bar # 415171)
                                            Thomas W. Kirby (D.C. Bar # 915231)
                                            Caleb P. Burns (D.C. Bar # 474923)
                                            WILEY REIN & FIELDING LLP
                                            1776 K Street, NW
                                            Washington, DC 20006
                                            (202) 719-7000
                                            (202) 719-7049 (FAX)

Date: April 27, 2006