1

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

                                  .
CHRISTOPHER SHAYS,                .
                                  .  Docket No. CA-04-1597
          Plaintiff,              .
                                  .
          vs.                     .
                                  .
UNITED STATES FEDERAL             .
ELECTION COMMISSION, ET AL.,      .
                                  .  Washington, D.C.
          Defendants.             .  Tuesday, December 13, 2005
                                  .  10:45 a.m.
. . . . . . . . . . . . . . . .
                                  .
BUSH-CHENEY '04, INC.,            .
                                  .  Docket No. CA-04-1612
          Plaintiff,              .
                                  .
          vs.                     .
                                  .
FEDERAL ELECTION COMMISSION,      .
                                  .
          Defendant.              .
                                  .
. . . . . . . . . . . . . . . .

                     TRANSCRIPT OF A MOTION
              BEFORE THE HONORABLE EMMET G. SULLIVAN
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Christopher Shays:    ROGER MICHAEL WITTEN, Esquire
                          VERITY WINSHIP, Esquire
                          ADAM RAVIV, Esquire
                          WILMER CUTLER PICKERING HALE AND DORR
                          399 Park Avenue
                          New York, NY 10022

For Bush-Cheney '04:      STEVEN A. ENGEL, Esquire
                          DEREK BENTSEN, Esquire
                          KIRKLAND & ELLIS LLP
                          655 15th Street, NW
                          Washington, DC 20005
```

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

```
    For FEC:                COLLEEN T. SEALANDER, Esquire
                            BRANT S. LEVINE, Esquire
                            ROBERT WILLIAM BONHAM, III, Esquire
                            HOLLY JEAN BAKER, Esquire
                            RICHARD BADER, Esquire
                            FEDERAL ELECTION COMMISSION
                            999 E Street, NW
                            Washington, DC 20463-0002

    Court Reporter:         Elaine A. Merchant, RPR, CRR
                            Official Court Reporter
                            333 Constitution Avenue, NW
                            Room 6822
                            Washington, DC 20001
                            (202)289-1571
```

1    Congressmen Shays and Meehan would have a right to bring a
2    cause of action under 437(g)(a)(8) on the grounds that the
3    Commission's dismissal was contrary to law.  The fact that the
4    act itself in Section 437(d) provides that Section 437(g)(a)(8)
5    is the exclusive private civil remedy for enforcement
6    violations of the act, not the APA.
7            So one reason that they don't have standing is they
8    haven't made any sort of particularized claim.  They just have
9    an abstract, Your Honor, we're being beat up on by a bunch of
10   unregistered 527 organizations.  That's not enough for this
11   Court to be able to go forward under Article 3.
12           Secondly --
13           THE COURT:  Didn't the commissioners have the same
14   concern, though, early on in the rulemaking process about the
15   527 groups or organizations?
16           MS. SEALANDER:  Sure.  And I think it may be fair to
17   say that the commissioners still have concerns about 527
18   organizations.  That's why it is that they decided, when they
19   decided not to pass a rule, they went on to say that the
20   Commission would continue to apply the political committee
21   requirements case by case.
22           On several occasions my friends on the plaintiff's
23   side of this have suggested that, in fact, a Commission's
24   counsel made this up after this case was brought, this notion
25   that the Commission wanted to proceed.  And I just want to

56

1   proceed from page 68,065 of the Federal Register, the
2   Commission's (e) and (j).  The Commission has been applying
3   this construct -- it's talking about the major purpose
4   construct -- for many years without additional regulatory
5   definitions and it will continue to do so in the future.  In
6   the NPRM, the Notice of Proposed Rulemaking, that went with
7   this rulemaking the Commission cited in that document three
8   District Court cases from this Court that have been brought in
9   the last 15 years.
10          THE COURT:  The court reporter is going to ask you to
11  slow down in a second as well, so I'll do that before she does.
12  We all talk too quickly.  We want a clear record, though.
13          MS. SEALANDER:  We cited three District Court cases
14  from this Court that the Commission has brought in the past 15
15  years arguing that there's been an unregistered group that
16  should have been registered as a political committee.  That's
17  in addition to the Club for Growth case that we filed a couple
18  of months ago here.
19          So the Commission, in fact, has a track record of
20  applying the political committee definition on a case-by-case
21  basis.  And it specifically and explicitly said that it
22  intended to do so in the decision at issue in this case.  And
23  the plaintiffs have cited no authority for disregarding an
24  explicit statement like this in the record and relying on
25  something else instead.

1      thought they said, yes, it is, it's two-prong.

2              MS. SEALANDER:  Their complaint about the

3      Commission's decision to go case by case isn't that it wasn't

4      adequately explained in the E&J.  Their complaint is that they

5      don't think that the Commission is going to do that, either

6      because -- mostly because, as far as they're concerned, you

7      can't trust the Commission to go forward based on what they

8      think is a 30-year history.

9              THE COURT:  Well, their argument is business as

10     usual, Judge, they aren't adjudicating these cases and they're

11     trying to sell the public and you a bill of goods by saying

12     it's more appropriate to adjudicate these cases on a

13     case-by-case basis because it's not happening.  That's what

14     their argument is.

15             MS. SEALANDER:  There's absolutely no evidence that

16     the Commission isn't adjudicating these cases.

17             THE COURT:  Well, how does the Court address that

18     issue then?  Recognizing there's a confidentiality portion of

19     this statute, what is the Court to do, to accept the

20     government's argument that they are adjudicating without more?

21             MS. SEALANDER:  Well, two things.

22             The Court understands that if the Commission

23     adjudicates the case and completes it, it goes on the public

24     record.

25             THE COURT:  Right.

```
 1              MS. SEALANDER:  But if the Commission dismisses the
 2    case and stops looking into it, that too goes on the public
 3    record.  We have an obligation to --
 4              THE COURT:  Then that's how the Court can do it.
 5    That's how the Court can resolve it.  And the Court can look at
 6    the adjudications for the last three years in an effort to
 7    determine whether or not it's business as usual, which
 8    according to the plaintiffs is no business at all.  Or if,
 9    indeed, you are adjudicating cases, I can look at the public
10    record.
11              MS. SEALANDER:  You can look at the public record.
12              THE COURT:  Now, since we're talking about a public
13    record that the public has a right to know, what does the
14    public record tell me about adjudications of these types of
15    issues over the last, say, three years?
16              MS. SEALANDER:  The public record is going to tell
17    you that in one case, Club for Growth, the Commission has
18    finished that case, was unable to conciliate with the
19    respondent, was forced to file suit in Federal District Court
20    in this court a couple months ago.  Club for Growth was --
21              THE COURT:  How long had that case been pending?
22              MS. SEALANDER:  About two years.  Before the
23    Commission, before it was filed.  That case involved the 2000,
24    2002, 2004 election cycle and at least $4 million in
25    expenditures.
```

```
 1              The Court knows that five complaints have been filed.
 2     These are the ones that are referenced here.  The Court can
 3     look on the public record and discern that there are no
 4     statements from the Commission or letters from the Commission
 5     dismissing those matters.  And so the Court can conclude that
 6     the Commission still has those --
 7              THE COURT:  All right.  Well, those aren't
 8     adjudications.  I'm talking about adjudications.
 9              MS. SEALANDER:  -- under consideration.
10              THE COURT:  Let me ask you, before we leave the five
11     cases, how long have they been pending?
12              MS. SEALANDER:  I believe the first one was filed in
13     March of last year, so 18 months, 19 months.
14              THE COURT:  All right.  So there are five cases
15     pending?
16              MS. SEALANDER:  There are five cases pending that the
17     plaintiffs have talked about that we've admitted that the
18     Commission has.  The Commission may have other ones that I'm
19     precluded from talking with Your Honor about as well.
20              THE COURT:  But do you understand my position,
21     though?  My position is if, indeed, the articulated reason for
22     the decision to proceed with adjudication on a case-by-case
23     basis is because it has been better to do it that way over the
24     past 30 years, the Commission has to be able to point to a
25     track record to persuade the Court that it's not an unreasoned
```

```
 1     decision at all.
 2              MS. SEALANDER:  The Commission could --
 3              The Court could also look at the Kean for Congress
 4     case that was referenced also by the plaintiffs, which the
 5     Commission recently decided.  It actually decided the case
 6     several years ago, but voluntarily requested a remand from
 7     Judge Bates and decided it once again just a few months ago.
 8     So there's actually two decisions for the Court to look at in
 9     that case.
10              THE COURT:  That was pending for how long?
11              MS. SEALANDER:  That case was pending -- I believe
12     that case took about five years from the beginning until about
13     now, about five years old today.
14              THE COURT:  That's what they're complaining about,
15     business as usual, delay.  There's an election coming up in
16     '06.  What they want and what the public, I assume, wants, what
17     Congress wants, what everyone should want and what the
18     government should want is fair notice to everyone, to these
19     groups and other groups, what's allowable under the law.  And a
20     process in place to promptly adjudicate --
21              MS. SEALANDER:  Sure.
22              THE COURT:  -- problems.
23              MS. SEALANDER:  Sure.
24              THE COURT:  They're not talking about five years,
25     four years.  What good does that -- that's just an impossible
```

1    substantial deference that they've agreed today the Commission
2    is due.  And we don't think any of them hold water.
3             THE COURT:  There is no disagreement.  That's the
4    only clear thing, there is no disagreement about the
5    substantial deference that the Court needs to give.
6             MS. SEALANDER:  The first thing the plaintiffs say is
7    that this equating 527 status with political committee status
8    is a no brainer.  That they're basically exactly the same
9    thing.  And that's an overly simplistic way of looking at what
10   is pretty complicated law.
11            527 organizations not only are involved in elections,
12   but they also may be involved and they may be involved
13   exclusively in appointments to office, in races for office in a
14   political party, as well as state and local activity such as
15   state judge races.  So to suggest that all 527 organizations
16   are involved in election activity is wrong.  And to suggest
17   that all of them are involved in partisan political activity,
18   which is what the McConnell court said, is not wrong, that's
19   correct.  But that doesn't get you to -- not all partisan
20   political activity is, in fact, election oriented activity, let
21   alone federal election oriented activity.
22            Secondly, the proposals that the plaintiffs put
23   forward, the one I think from Congressman Shays that's in the
24   House right now, as well as the one that was presented to the
25   Commission, that equates 527 status with political committee

1       status under the act, is not as obvious as they say either.
2       Those proposals exempt groups which exclusively do state and
3       local elections or exclusively do something outside the
4       confines of the act.
5              But none of that addresses the issue, which is very
6       difficult, about what to do about a group that devotes, say,
7       30 percent of activities to federal election activities.
8       Thirty -- and 70 percent of it is activities to state judges.
9              Is that a group whose major purpose is the nomination
10      or election of a candidate?  Is that group's major purpose the
11      nomination or election of a federal candidate?  And if it's not
12      for a federal candidate, is that within the jurisdiction of the
13      Federal Election Commission?  These are really difficult
14      questions, none of which the plaintiffs answer because they
15      want to present this as a very simple decision that the
16      Commission, in their view, failed to make.
17             There are, as I noted, at least three proposals
18      pending in the House and Senate right now.  There were four or
19      five presented by the Commission in its notice of proposed
20      rulemaking.  It voted onto others.  And numerous ones were
21      presented by folks who commented and testified to the
22      Commission.
23             There are a lot of ways to slice this, Your Honor.
24      And it's not at all apparent which way is the best way, which
25      way draws the right lines and whether -- or to ensure that

1    those lines are in the proper place, which is very important
2    when we're talking about First Amendment activities, which is
3    everything the Commission does, of course.
4         Secondly, the plaintiffs claim that the Commission
5    has done absolutely nothing.  And we talked earlier about
6    how -- I talked earlier about how the Commission did pass regs
7    fleshing out the definition of contribution at the end of its
8    rulemaking, and it also passed allocation regulations.  I've
9    explained that we've enforced in the past three cases in this
10   District Court in the last 15 years, not counting Club for
11   Growth, which we filed two months ago.  That's the GOPAC case,
12   the Malenick case and one that will come to me in a moment.
13        They don't cite any past enforcement actions
14   whatsoever where the Commission deadlocked and was unable to
15   decide whether a group was a political committee.  For all of
16   their complaints about how long it takes the Commission to do
17   things and how slow the Commission is and how it isn't able to
18   decide things and punts all the time, not one case can they
19   cite where the Commission has gotten hung up on major purpose
20   when it comes to political committee status in a complaint that
21   was brought before it.
22        I also noted that, of course, there's the five
23   pending complaints that are out there on which there's nothing
24   public suggesting that the Commission has dismissed them.
25        And I would also note, without stating whether I have

1     any information as to whether it's true or not, it is a matter
2     of public record that a member of the FEC defense bar, he
3     talked to BNA a few months ago, and he said that he has a bunch
4     of clients who were big donors to the 527 groups and he said
5     they're getting subpoenas from the Commission.
6              Steve Rosenthal, who is the head of America Coming
7     Together, which is one of the groups that the Bush-Cheney folks
8     are concerned about in particular, he said a few months ago to
9     a reporter, and I'm happy to provide copies of these press
10    reports, that the ACT people had been subpoenaed by the
11    Commission.
12             So apart from the fact that the Commission is clearly
13    capable of going after a 527 group as a political committee,
14    which it proves in the Club for Growth case that it filed two
15    months ago, there's all sorts of suggestions out there on the
16    lines that the Commission is proceeding in due course on these
17    pending complaints regarding 527s and the plaintiffs have
18    absolutely nothing to counter any of that.
19             Third, the plaintiffs claim that the Commission has
20    switched back and forth between rule-by-rule or case-by-case
21    adjudication and rulemaking and as a result we can't be trusted
22    no matter what we say.  And Your Honor was a little concerned
23    about that, I think, maybe too.  But there's nothing
24    illegitimate about the Commission changing its mind after it
25    goes into a rulemaking.