UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05cv01851 (RMU) |
| v. | ) | |
| | ) | |
| CLUB FOR GROWTH, INC., | ) | Notice of Appearance |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to LCvR 83.6(a), Erin K. Monaghan hereby officially enters her appearance as counsel on behalf of Plaintiff Federal Election Commission ("FEC") in the above-captioned matter. The remaining undersigned attorneys also continue to represent the FEC in this matter.

Respectfully submitted,

/s/ Lawrence H. Norton
Lawrence H. Norton
General Counsel

/s/ Richard B. Bader
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

/s/ David Kolker
David Kolker
Assistant General Counsel
(D.C. Bar #394558)

                        /s/ Erin K. Monaghan
Erin Monaghan
Attorney
(D.C. Bar #438434)

FOR THE PLAINTIFF
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650
(202) 219-0260 (FAX)

Dated: April 27, 2006

2