UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | Case No. 1:05cv01851 |
| Plaintiff, | ) | Judge Urbina |
| | ) | |
| v. | ) | |
| | ) | |
| CLUB FOR GROWTH, INC., | ) | |
| | ) | Notice of Withdrawal of Appearance |
| Defendant. | ) | |

### Notice of Withdrawal of Appearance of Kai H. Richter

Please take notice that, pursuant to Local Civil Rule 83.6(b), Kai H. Richter, an attorney for the Federal Election Commission ("FEC"), hereby withdraws his appearance in this action. Other attorneys for the FEC have entered appearances in this action and will continue to represent the FEC. As of the date of this notice, no trial date has been set in this action.

Respectfully submitted,

/s/
Lawrence H. Norton
General Counsel

/s/
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

/s/
David Kolker
Assistant General Counsel
(D.C. Bar #394558)

/s/
Erin Monaghan
Attorney
(D.C. Bar #438434)

/s/
Kai Richter
Attorney

FOR THE PLAINTIFF FEDERAL
ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650
(202) 219-0260 (FAX)

Dated: April 27, 2006