## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| FEDERAL ELECTION COMMISSION, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1851 (RMU) |
| | : | | |
| v. | : | Document No.: | 7 |
| | : | | |
| CLUB FOR GROWTH, INC., | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### DENYING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 5th day of June, 2006, it is hereby

**ORDERED** that the defendant's motion to dismiss is **DENIED**.

**SO ORDERED**.


RICARDO M. URBINA
United States District Judge