# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Election Commission, Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05cv01851 (RMU) |
| | ) |
| The Club for Growth, Inc., Defendant. | ) |

## ORDER

On June 22, 2006, Defendant Club for Growth, Inc. ("Club") moved to certify for appeal pursuant to 28 U.S.C. § 1292(b) this Court's June 5, 2006, Order denying Defendant's "Motion to Dismiss the Complaint for Lack of Jurisdiction" and to stay further proceedings pending consideration of the appeal.

This Court finds that the June 5 Order and Memorandum Opinion involved "a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). Pursuant to § 1292(b), the Court grants certification of its June 5 Order.

Additionally, to maximize the potential benefit of a prompt appeal, all proceedings related to the merits of this case are stayed pending an application for leave to appeal and if the U.S. Court of Appeals for the D.C. Circuit accepts the application.

**IT IS HEREBY ORDERED** that Defendant Club's Motion to Certify is GRANTED.

**IT IS HEREBY ORDERED** that Defendant Club's Motion for a Stay Pending Appeal also is GRANTED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE