UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  1:05cv01851 (RMU) |
| v. ) | |
| ) | |
| CLUB FOR GROWTH, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant Club for Growth, Inc.'s Motion To Certify The June 5, 2006, Order For Appeal Pursuant To 28 U.S.C. 1292(b) And For A Stay Of Proceedings Pending Appeal, and the briefs in support and in opposition thereto, it is hereby

ORDERED that the Club for Growth's motion is DENIED.

IT IS SO ORDERED.

_____        _____
Date                                Ricardo M. Urbina
                                    UNITED STATES DISTRICT JUDGE


Copies to:                          and

Lawrence H. Norton                  Carol A. Laham
Richard B. Bader                    Thomas W. Kirby
David Kolker                        Caleb P. Burns
Erin K. Monaghan                    WILEY, REIN & FIELDING
Office of the General Counsel       1776 K Street, N.W.
Federal Election Commission         Washington, D.C.  20006
999 E Street, N.W.                  Counsel for Defendant
Washington, D.C.  20463
Counsel for Plaintiff