UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL ELECTION COMMISSION, )<br> )<br>      Plaintiff, )<br> )<br>      v. )<br> )<br>CLUB FOR GROWTH, INC., )<br> )<br>      Defendant. ) | Case No. 1:05cv01851 (RMU)<br><br>Notice of Appearance |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to LCvR 83.6(a), Kevin Deeley hereby enters his appearance as counsel on behalf of plaintiff Federal Election Commission ("FEC") in the above-captioned matter. The remaining undersigned attorneys also continue to represent the FEC in this matter.

                                                          Respectfully submitted,

                                                          /s/ Kevin Deeley
                                                       Lawrence H. Norton
                                                       General Counsel

                                                          Richard B. Bader (D.C. Bar # 911073)
                                                          Associate General Counsel

                                                          David Kolker (D.C. Bar #394558)
                                                          Assistant General Counsel

                                                          Erin Monaghan (D.C. Bar #438434)
                                                         Kevin Deeley
                                                          Steve N. Hajjar

                                                          FOR THE PLAINTIFF
                                                          FEDERAL ELECTION COMMISSION
                                                          999 E Street, N.W.
                                                          Washington, D.C. 20463
                                                          (202) 694-1650
Dated: July 24, 2006                              (202) 219-0260 (FAX)