UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05cv01851 (RMU) |
| v. | ) | |
| | ) | REPLY TO DEFENDANT CLUB |
| CLUB FOR GROWTH, INC., | ) | FOR GROWTH, INC.'S |
| | ) | COUNTERCLAIM |
| Defendant. | ) | |

**PLAINTIFF FEC'S REPLY TO DEFENDANT CLUB FOR GROWTH, INC.'S COUNTERCLAIM**

Pursuant to Federal Rule of Civil Procedure 12(a)(3)(A), plaintiff Federal Election Commission ("FEC" or "Commission) replies to the counterclaim filed by defendant Club for Growth, Inc. on June 22, 2006, as follows:

69.   Denied.

WHEREFORE, the Club for Growth, Inc.'s requested relief should be denied.

Respectfully submitted,

/s/
Lawrence H. Norton
General Counsel

/s/
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

/s/
David Kolker
Assistant General Counsel
(D.C. Bar #394558)

2

         /s/
Erin K. Monaghan
Attorney
(D.C. Bar #438434)

         /s/
Kevin Deeley
Attorney

         /s/
Steve N. Hajjar
Attorney

FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650
Date:  August 21, 2006  (202) 219-0260 (FAX)

2