UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Election Commission, Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:05cv01851 (RMU) |
| | ) |
| The Club for Growth, Inc., Defendant. | ) |

**DEFENDANT CLUB FOR GROWTH'S SUPPLEMENTAL MEMORANDUM
TO ITS MOTION FOR CERTIFICATION FOR APPEAL AND FOR A STAY**

The FEC's Opposition to the Club for Growth's Motion to Certify the June 5, 2006, Order for Appeal and for a Stay (at 13-14) dismissed as "utter speculation" the Club's prediction that, unless its Motion were granted, the FEC would demand broad and intrusive discovery that would seriously burden the Club's exercise of its core First Amendment rights. To supplement its pending Motion, the Club attaches the FEC's initial set of written discovery, which, as predicted, seeks to probe all aspects of the Club's operations since January 1, 1999, including many that lie at the heart of the First Amendment. Before the Club's First Amendment activities are thus threatened, and before the Court is burdened with extensive discovery disputes, the basic ratification/jurisdiction issue presented in the Club's Motion should receive appellate review.

Date: September 7, 2006

Respectfully submitted,

_____/s/_____
Carol A. Laham (D.C. Bar # 415171)
Thomas W. Kirby (D.C. Bar # 915231)
Caleb P. Burns (D.C. Bar # 474923)
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000  (202) 719-7049 (FAX)