UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| FEDERAL ELECTION COMMISSION, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1851 (RMU) |
| | : | | |
| v. | : | Document No.: | 23 |
| | : | | |
| CLUB FOR GROWTH, INC., | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### DENYING THE DEFENDANT'S MOTION FOR AN INTERLOCUTORY APPEAL CERTIFICATION; DENYING THE DEFENDANT'S MOTION TO STAY

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 10th day of October, 2006,

**ORDERED** that the defendant's motion for an interlocutory appeal certification is **DENIED**, and it is

**FURTHER ORDERED** that the defendant's request that this case be stayed pending the appeal be **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge