UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL ELECTION COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLUB FOR GROWTH, INC., )<br>)<br>Defendant. ) | Case No. 1:05cv01851 (RMU) |

**Notice of Withdrawal of Appearance**

Please take notice that, pursuant to Local Civil Rule 83.6(b), Erin K. Monaghan, an attorney for the Federal Election Commission ("FEC"), hereby withdraws her appearance in this action. Other attorneys for the FEC have entered appearances in this action and will continue to represent the FEC. As of the date of this notice, no trial date has been set in this action.

Respectfully submitted,

/s/ Lawrence H. Norton
Lawrence H. Norton
General Counsel

/s/ Richard B. Bader
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

/s/ David Kolker
David Kolker
Assistant General Counsel
(D.C. Bar #394558)

/s/ Erin K. Monaghan
Erin K. Monaghan
Attorney
(D.C. Bar #438434)

        /s/ Kevin Deeley
Kevin Deeley
Attorney

        /s/ Steve N. Hajjar
Steve N. Hajjar
Attorney

FOR THE PLAINTIFF FEDERAL
ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650
(202) 219-0260 (FAX)

Dated:  December 20, 2006