UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL ELECTION COMMISSION, )
)
              Plaintiff, )   Civil Action No. 05-1851 (RMU)
)
v. )
)
)
CLUB FOR GROWTH, INC., )
)
              Defendant, )
)

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Federal Election Commission ("Commission") and defendant Club for Growth, Inc. ("Club") have jointly stipulated to the attached protective order and hereby move for its entry. The protective order permits the Club to designate certain documents that it will produce to the Commission as "confidential" within the meaning of the protective order and, if the documents are filed with the Court, requires that they be filed under seal.

The issue of confidentiality has been disputed and has delayed discovery. Ultimately, in an effort to compromise and reduce the amount of material that would be the subject of a discovery motion, the parties agreed to the entry of a protective order for any portion of a document "that contains or reflects trade secrets or other sensitive non-public information, including information for which the Club reasonably believes confidentiality is necessary to protect it from embarrassment, oppression, or undue burden or expense."

For "good cause shown," the Court may order that discovery material "be revealed only in a designated way." Fed. R. Civ. P. 26(c)(7). All parties respectfully request that this joint motion for entry of the attached protective order be granted.

Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| *(signature)* | *(signature)* |
| Lawrence H. Norton<br>General Counsel | Carol A. Laham (D.C. Bar # 415171)<br>Thomas W. Kirby (D.C. Bar # 915231)<br>Caleb P. Burns (D.C. Bar # 474923) |
| Richard B. Bader (D.C. Bar # 911073)<br>Associate General Counsel | WILEY REIN & FIELDING LLP<br>1776 K Street, N.W.<br>Washington, DC 20006 |
| David Kolker (D.C. Bar # 394558)<br>Assistant General Counsel | (202) 719-7000 |
| Kevin Deeley<br>Steve N. Hajjar | Signed: January 16, 2007 |
| FEDERAL ELECTION COMMISSION<br>999 E Street, N.W.<br>Washington, DC 20463<br>(202) 694-1650<br>(202) 219-0260 (FAX) | |
| Signed: January 12, 2007 | |

2