UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Election Commission, Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05cv01851 (RMU) |
| | ) |
| The Club for Growth, Inc., Defendant. | ) |

**NOTICE REGARDING CHANGED NAMES**

PLEASE TAKE NOTICE THAT effective February 1, 2007, Wiley, Rein & Fielding LLP has changed its name to Wiley Rein LLP. All future references to the firm in this matter should be to Wiley Rein LLP. The firm's and its lawyers' street addresses, phone numbers and fax numbers have not been affected by this change. Lawyers' email addresses now use the extension "@wileyrein.com" instead of "@wrf.com," e.g., claham@wileyrein.com.

PLEASE ALSO TAKE NOTICE THAT that Defendant Club for Growth, Inc. has changed its name to Citizens Club for Growth, Inc.

We request the Clerk to make any necessary or appropriate changes.

Respectfully submitted,

_____/s/_____
Carol A. Laham (D.C. Bar # 415171)
Thomas W. Kirby (D.C. Bar # 915231)
Caleb P. Burns (D.C. Bar # 474923)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
Date: February 1, 2007     (202) 719-7049 (FAX)